Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | OF COLUMBIA CIRCUIT |
|---|---|---|
| Name (under which you were convicted): TYRONE FARRELL | | Docket or Case No.: 1:97-CR-00301-TPJ |
| Place of Confinement: FEDERAL PRISON CAMP- BUTNER | | Prisoner No.: 15702-016 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| | v. (TYRONE R. FARRELL) TYRONNE R. FARRELL-BEY | |

## MOTION

1. (a) Name and location of court that entered the judg
   UNITED STATES DISTRICT COURT FOR THE
   300 CONSTITUTION AVENUE, N.W.
   WASHINGTON D.C. 20001
   (b) Criminal docket or case number (if you know): _

2. (a) Date of the judgment of conviction (if you know):
   PLEA
   (b) Date of sentencing: 11-15-2001

3. Length of sentence: 120 MONTHS INCARCERATION ; 60 MONTHS SUPERVISED RELEASE

4. Nature of crime (all counts):
   21 U.S.C. §841(a)(1) AND 841(b)(1)(A)(iii) — NARCOTICS SELL, DISTRIBUTION, DISPENSE
   18 U.S.C. §922(g)(1) — UNLAWFUL TRANSPORT OF FIREARM, ETC. (POSS. BY CONVICTED FELON)
   18 U.S.C. §922(g)(1) — UNLAWFUL TRANSPORT OF FIREARM, ETC. (POSS. BY CONVICTED FELON)
   18 U.S.C. §922(k) — SELL DEFACED FIREARMS (POSS. WITH REMOVED SERIAL NUMBER)

CASE NUMBER 1:05CV01994
JUDGE: Thomas F. Hogan
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 10/7/2005

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? DEFENDANT PLED GUILTY TO COUNT (1) OF INDICTMENT — ATT. POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE ; COUNTS (2) THRU (4) WERE DISMISSED

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐